[No. 12189-1-II.   Division Two.   July 22, 1991.]

*In the Matter of the Marriage of* JAIMIE H. LEMON, *Respondent, and* WILBUR C. LEMON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 87–3–03961–6, William L. Brown, Jr., J., entered July 15, 1988. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Reed, J. Pro Tem., Alexander, J., dissenting.